**People of the State of Illinois, Plaintiff-Appellee, v. Joseph A. Chickerillo, et al., Defendants-Appellants.**

Gen. Nos. 50,209, 50,210, 50,212, 50,216, 50,220, 50,221 and 50,223. 

First District, Third Division.

April 27, 1967.

Joseph I. Bulger, of Chicago, for appellants; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Zagel, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.